No. 452, Misc.   TIMMONS *v.* CRAVEN, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 460, Misc.   ABEL *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex.   Certiorari denied.   *Livingston Hall* for petitioner.   *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Robert C. Flowers* and *Allo B. Crow, Jr.,* Assistant Attorneys General, and *Hawthorne Phillips,* Executive Assistant Attorney General, for respondent.

No. 485, Misc.   PITTMAN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 487, Misc.   ODES *v.* CITY OF CHICAGO.   C. A. 7th Cir.   Certiorari denied.

No. 489, Misc.   KEMPLEN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 491, Misc.   HARDISON *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 492, Misc.   BOWEN *v.* LAVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 497, Misc.   HENDERSON *v.* PATE, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 501, Misc.   GRAY *v.* MICHIGAN.   Sup. Ct. Mich. Certiorari denied.